IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Polzin, Joann K | Case Number:  07 B 04711 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/27/08 | Filed:  3/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 14, 2008
Confirmed: May 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,000.00 | |
| Secured: | | 162.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,730.00 |
| Trustee Fee: | | 108.00 |
| Other Funds: | | 0.00 |
| Totals: | 2,000.00 | 2,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 1,730.00 | 1,730.00 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 15,259.23 | 162.00 |
| 4. | Resurgent Capital Services | Unsecured | 462.43 | 0.00 |
| 5. | Capital One | Unsecured | 1,373.98 | 0.00 |
| 6. | Robert Thomas | Unsecured | 324.75 | 0.00 |
| 7. | Columbia Bank & Trust | Unsecured | | No Claim Filed |
| 8. | Aspire Visa | Unsecured | | No Claim Filed |
| 9. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,150.39 | $ 1,892.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.00 |
| | _____ |
| | $ 108.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Polzin, Joann K

Printed:  5/27/08

Case Number:  07 B 04711
Judge:  Hollis, Pamela S
Filed:  3/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

